IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADRIN SMACK, | : | |
| Petitioner, | : | No. 1:19-cv-00691-LPS |
| | : | |
| v. | : | |
| | : | |
| THERESA DELBALSO, Superintendent, | : | |
| SCI Mahanoy | : | |
| Respondent, | : | |
| | : | |
| ATTORNEY GENERAL OF THE STATE | : | |
| OF DELAWARE, | : | |
| Respondent. | : | |

**MOTION OF THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF DELAWARE FOR LEAVE TO FILE A BRIEF *AMICUS CURIAE* REGARDING PETITIONER'S WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY PURSUANT TO 28 U.S.C. § 2254**

The American Civil Liberties Union Foundation of Delaware ("ACLU of Delaware"), through undersigned counsel, respectfully requests leave of this Court to submit as amicus curiae the brief attached hererto as Exhibit A in support of the petitioner's Writ of Habeas Corpus.  In support of this Motion it states the following:

1. Proposed *amicus* recently reviewed Petitioner's Opening Brief in Support of Petition for Writ of *Habeas Corpus* dated February 3, 2020.

2. This brief addresses the two distinct evidentiary questions, admissibility and standard of proof, in the context of Delaware criminal sentencing law generally, and at one particular criminal sentencing in particular.

3. The ACLU of Delaware is a state affiliate of the American Civil Liberties Union ("ACLU"), a nonprofit, nonpartisan, member organization. The ACLU of Delaware has worked

since 1961 to support the guarantees of the Constitution, including due process rights in sentencing. The motion to file this brief has been approved by ACLU of Delaware's Legal Review Panel.

4. The ACLU is a nationwide, nonprofit, nonpartisan organization, dedicated to preserving the principles of liberty and equality embodied in the Constitution and this nation's civil rights laws.  For generations, the ACLU has fought, in the courts, in legislatures and in communities, for due process protections for criminal defendants in sentencing.  That fundamental guarantee of due process is essential for the realization of the promises of liberty set forth in the Constitution and its Amendments.  The ACLU of Delaware is the local affiliate of the ACLU, and its lawyers practice in this Court and the state Courts of Delaware.

5. The ACLU has a long history of protecting criminal defendants' due process rights, as well as advocating for the public's interest in holding courts accountable to their obligation to safeguard constitutional rights.  The ACLU also has a long history of defending civil liberties against government overreach in the criminal justice arena.

6. Those two aspects of the ACLU's priorities converge in this matter, making it particularly well-placed to submit an amicus brief in this case.  Specifically, the ACLU advocates for protecting due process rights of criminal defendants, which will ultimately serve to constitutionally safeguard criminal defendants from courts considering unreliable evidence when sentencing.

7. Proposed amicus respectfully submit that the proposed brief would aid this Court by addressing, as counsel for Mr. Smack cannot, the larger public interest in evidentiary standards in sentencing, and a court's obligations when considering evidence replied upon in sentencing determinations.  The proposed brief will also aid this Court by addressing, as counsel

for Mr. Smack cannot, the implications of the government's position in this case for due process in future cases against future defendants.

  WHEREFORE, ACLU of Delaware respectfully requests that this Court grant leave to file the attached brief amicus curiae.

              Respectfully submitted,

              /s/ Karen Lantz
              Karen Lantz (No. 4801)
              ACLU Foundation of Delaware, Inc.
              100 W. 10th Street, Suite 706
              Wilmington, Delaware  19801
              (302) 654-5326, ext. 103
              (302) 654-3689 (fax)
              klantz@aclu.de.org

              *Attorney for American Civil Liberties Union*
              *Foundation of Delaware*